UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**REPUBLIC CAPITAL DEVELOPMENT GROUP, L.L.C.,**

　　Plaintiff,

v.                                              Case No. 8:05-cv-2367-T-30EAJ

**A G DEVELOPMENT GROUP INC., et al.,**

　　Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation and Order of Dismissal With Prejudice (Dkt. #24).

In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each side to bear its own costs and attorneys' fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 12, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-2367.dismissal.wpd